UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ASSURE HEALTH CARE EVERYDAY, LLC
f/k/a Higi Health, LLC,

      *Plaintiff*,       **AFFIDAVIT**

v.

MSU HEALTH CARE, INC.,

      *Defendant*.

COUNTRY OF UNITED KINGDOM  )
COUNTY OF HERTFORDSHIRE   )
TOWN OF BERKHAMSTED    )  SS:

BRIAN NICHOL, being duly sworn deposes and says:

   1.   I am Senior Vice President of Finance and Strategy for Assure Health Care Everyday, LLC ("Plaintiff"). This Affidavit is based on my personal knowledge and knowledge gained from Plaintiff's business records.

   2.   From January 1, 2023, through the present, I have been responsible for communicating and submitting invoices to MSU Health Care, Inc.'s ("Defendant") Accounts Payable Department for work completed by Plaintiff.

   3.   Invoices were submitted to Defendant dated May 31, 2023; August 31, 2023; September 30, 2023; October 31, 2023; November 30, 2023; December 31, 2023; January 31, 2024; February 29, 2024; April 1, 2024; and April 30, 2024, amounting to a total of $137,172.00. Attached hereto as **Exhibit 1** are copies of invoices submitted to Defendant and copies of Defendant's acknowledgements thereof.

4.      Although   Defendant's   Accounts   Payable   Department acknowledged receipt of these invoices and I have followed up on numerous occasions for payment to be submitted, Defendant has not paid towards the $137,172.00 amount owed.

5.      Additionally, Defendant owes Plaintiff for services provided in May 2024 and June 2024, but due to Defendant's lack of cooperation the total amount due for the services provided in those months cannot currently be ascertained. The amount owed to Plaintiff by Defendant for services provided in May 2024 and June 2024 is estimated to be at least $20,000.00.


_____
BRIAN NICHOL


Subscribed and Sworn to before me
this  9th  day of July, 2024

_____
Notary Public
Notary Public Lauren N. Fridley
Commission 7699515
Expires 06/30/2028
of Chesterfield County, Virginia

LAUREN N FRIDLEY
ELECTRONIC
NOTARY
PUBLIC
REG # 7699515
EXPIRES
6/30/2028
COMMONWEALTH OF VIRGINIA

Completed via Remote Online Notarization using two-way Audio/Video technology

# EXHIBIT 1
## to
# Nichol Affidavit

**Subject**: Invoice Submission: Higi Care Network - May 2023
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: HT.HCI.Payables@msu.edu
**Cc**: "'Ross, Karen'" <rosskar@msu.edu>, "'Hoch, Ceirra'" <mart1368@msu.edu>, 'Craig Bolz'
<craig@myassurehealth.com>, "'brett.pollan'" <brett.pollan@myassurehealth.com>
**Date Sent**: Monday, June 12, 2023 11:07:54 PM GMT+01:00
**Date Received**: Thursday, March 21, 2024 7:31:18 AM GMT+01:00
**Attachments**: Higi Care Network - Inv1006.05.2023 Billing Support.pdf,Higi Care Network - Inv1006 - 05.2023.pdf

Hi MSU Team,

I attach invoices from Higi Care Network related to the provision of remote patient monitoring services for May 2023. I
have further attached the usual supporting calculations for this invoice.

Kind regards,
Brian

ASSURE
HEALTH

**Brian Nichol**
SVP, Finance & Strategy

(4473) 066-10830        brian.nichol@myassurehealth.com
(561) 510-7954          www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

| | |
|---|---|
| BILL TO | |
| MSU Health Care, Inc. | |
| 3610 Forest Road, Suite C | |
| Lansing, Michigan  48910 | |
| United States | |

| | |
|---|---|
| INVOICE | 1006 |
| DATE | 05/31/2023 |
| TERMS | Net 45 |
| DUE DATE | 07/15/2023 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period May 2023 | 5 | 60.00 | 300.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period May 2023 | 5 | 15.60 | 78.00 |
| | Base RPM (at Base rate) | Base RPM provided for the period May 2023 | 145 | 48.60 | 7,047.00 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period May 2023 | 50 | 39.60 | 1,980.00 |
| | Devices (at Base rate) | Devices provided for the period May 2023 | 147 | 42.00 | 6,174.00 |

BALANCE DUE                    **$15,579.00**

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Subject**: RE: Invoice Submission: Higi Care Network - May 2023
**From**: HCI Payables <HT.HCI.Payables@msu.edu>
**To**: 'Brian Nichol' <brian.nichol@myassurehealth.com>
**Cc**: "Ross, Karen" <rosskar@msu.edu>, "Hoch, Ceirra" <mart1368@msu.edu>, 'Craig Bolz' <craig@myassurehealth.com>, "brett.pollan" <brett.pollan@myassurehealth.com>
**Date Sent**: Tuesday, June 13, 2023 2:40:50 PM GMT+01:00
**Date Received**: Thursday, March 21, 2024 7:31:01 AM GMT+01:00
**Attachments**: W-9 - 2018 FILLABLE.pdf

Good morning Brian.  Please send over your w-9.  We need to set you up as a vendor before we can  process payment.  Attached is a fillable w-9 for convenience.

Thank you,

### Debra Guenther
Accounts Payable
Accounting Department
MSU Health Care
Michigan State University
West Fee Hall
909 Wilson Road, Ste. 421
East Lansing, MI 48824
Phone: (517) 353-5104
Fax: (517) 432-1021
guenth51@msu.edu
healthcare.msu.edu



Connect with us:


**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Monday, June 12, 2023 6:08 PM
**To:** HCI Payables <HT.HCI.Payables@msu.edu>
**Cc:** Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>; 'Craig Bolz' <craig@myassurehealth.com>; brett.pollan <brett.pollan@myassurehealth.com>
**Subject:** Invoice Submission: Higi Care Network - May 2023

Hi MSU Team,

I attach invoices from Higi Care Network related to the provision of remote patient monitoring services for May 2023. I have further attached the usual supporting calculations for this invoice.

Kind regards,
Brian

ASSURE
HEALTH

**Brian Nichol**
SVP, Finance & Strategy

(4473) 066-10830     brian.nichol@myassurehealth.com
(561) 510-7954        www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Subject**: Invoice Submission: Higi Care Network - August 2023
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: HT.HCI.Payables@msu.edu
**Cc**: "'Ross, Karen'" <rosskar@msu.edu>, "'Hoch, Ceirra'" <mart1368@msu.edu>, 'Craig Bolz'
<craig@myassurehealth.com>, "'brett.pollan'" <brett.pollan@myassurehealth.com>
**Date Sent**: Monday, September 4, 2023 1:00:57 PM GMT+01:00
**Date Received**: Thursday, March 21, 2024 6:37:09 AM GMT+01:00
**Attachments**: Higi Care Network - Inv1009.08.2023 Billing Support.pdf,Higi Care Network - Inv1009 - 08.2023.pdf

Hi MSU Team,

I attach invoices from Higi Care Network related to the provision of remote patient monitoring services for August 2023. I have further attached the usual supporting calculations for this invoice.

Kind regards,
Brian

**ASSURE
HEALTH**

**Brian Nichol**
SVP, Finance & Strategy

☎ (4473) 066-10830      ✉ brian.nichol@myassurehealth.com
☎ (561) 510-7954         🌐 www.myassurehealth.com
📍 4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO
MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | INVOICE | 1009 |
|---|---|---|
| | DATE | 08/31/2023 |
| | TERMS | Net 45 |
| | DUE DATE | 10/15/2023 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period August 2023 | 7 | 60.00 | 420.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period August 2023 | 7 | 15.60 | 109.20 |
| | Base RPM (at Base rate) | Base RPM provided for the period August 2023 | 132 | 48.60 | 6,415.20 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period August 2023 | 102 | 39.60 | 4,039.20 |
| | Devices (at Base rate) | Devices provided for the period August 2023 | 132 | 42.00 | 5,544.00 |

BALANCE DUE **$16,527.60**

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Subject**: Invoice Submission: Higi Care Network - September 2023
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: HT.HCI.Payables@msu.edu
**Cc**: "'Ross, Karen'" <rosskar@msu.edu>, "'Hoch, Ceirra'" <mart1368@msu.edu>, 'Craig Bolz'
<craig@myassurehealth.com>, "'brett.pollan'" <brett.pollan@myassurehealth.com>
**Date Sent**: Thursday, October 5, 2023 3:27:03 PM GMT+01:00
**Date Received**: Thursday, March 21, 2024 6:22:24 AM GMT+01:00
**Attachments**: Higi Care Network - Inv1010.09.2023 Billing Support.pdf,Higi Care Network - Inv1010 - 09.2023.pdf

Hi MSU Team,

I attach invoices from Higi Care Network related to the provision of remote patient monitoring services for September 2023. I have further attached the usual supporting calculations for this invoice.

Kind regards,
Brian

A S S U R E
H E A L T H

**Brian Nichol**
SVP, Finance & Strategy

(4473) 066-10830          brian.nichol@myassurehealth.com
(561) 510-7954            www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



ASSURE HEALTH
CARE
everyday.

## INVOICE

BILL TO
MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | | |
|---|---|---|
| INVOICE | 1010 | |
| DATE | 09/30/2023 | |
| TERMS | Net 45 | |
| DUE DATE | 11/14/2023 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period September 2023 | 6 | 60.00 | 360.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period September 2023 | 5 | 15.60 | 78.00 |
| | Base RPM (at Base rate) | Base RPM provided for the period September 2023 | 108 | 48.60 | 5,248.80 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period September 2023 | 88 | 39.60 | 3,484.80 |
| | Devices (at Base rate) | Devices provided for the period September 2023 | 130 | 42.00 | 5,460.00 |

BALANCE DUE **$14,631.60**

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S

**Subject**: Invoice Submission: Higi Care Network - October 2023
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: HT.HCI.Payables@msu.edu
**Cc**: "'Ross, Karen'" <rosskar@msu.edu>, "'Hoch, Ceirra'" <mart1368@msu.edu>, 'Craig Bolz'
<craig@myassurehealth.com>, "'brett.pollan'" <brett.pollan@myassurehealth.com>
**Date Sent**: Monday, November 13, 2023 11:18:57 AM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:59:18 AM GMT+00:00
**Attachments**: Higi Care Network - Inv1011 - 10.2023.pdf

Hi MSU Team,

I attach an invoice from Higi Care Network related to the provision of remote patient monitoring services for October 2023.

Please can you further provide an update of the payment of invoices 1008 and 1009 which are overdue for payment.

Kind regards,
Brian

ASSURE
HEALTH

**Brian Nichol**
*SVP, Finance & Strategy*

(4473) 066-10830          brian.nichol@myassurehealth.com
☎ (561) 287-6648          www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO
MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | |
|---|---|
| INVOICE | 1011 |
| DATE | 10/31/2023 |
| TERMS | Net 45 |
| DUE DATE | 12/15/2023 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period October 2023 | 3 | 60.00 | 180.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period October 2023 | 1 | 15.60 | 15.60 |
| | Base RPM (at Base rate) | Base RPM provided for the period October 2023 | 120 | 48.60 | 5,832.00 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period October 2023 | 71 | 39.60 | 2,811.60 |
| | Devices (at Base rate) | Devices provided for the period October 2023 | 127 | 42.00 | 5,334.00 |

BALANCE DUE **$14,173.20**

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Subject**: RE: Invoice Submission: Higi Care Network - October 2023
**From**: HCI Payables <HT.HCI.Payables@msu.edu>
**To**: 'Brian Nichol' <brian.nichol@myassurehealth.com>
**Cc**: "Ross, Karen" <rosskar@msu.edu>, "Hoch, Ceirra" <mart1368@msu.edu>, 'Craig Bolz'
<craig@myassurehealth.com>, "brett.pollan" <brett.pollan@myassurehealth.com>
**Date Sent**: Monday, November 13, 2023 2:29:24 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:59:02 AM GMT+00:00
**Attachments**: Remit information.pdf

Hi Brian.

Attached is remit information showing that Inv 1008 (July '23) was paid on 10/10, along with 5 other invoices.  Inv 1009 (Aug '23) is currently being reviewed by Ceirra Hoch.

Can you please send over the backup for Inv 1011 (Oct '23) and Inv 1006 (May '23).

Thank you,

**Debra Guenther**
Accounts Payable
Accounting Department
MSU Health Care
Michigan State University
West Fee Hall
909 Wilson Road, Ste. 421
East Lansing, MI 48824
Phone: (517) 353-5104
Fax: (517) 432-1021
guenth51@msu.edu
healthcare.msu.edu



Connect with us:


**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Monday, November 13, 2023 6:19 AM
**To:** HCI Payables <HT.HCI.Payables@msu.edu>
**Cc:** Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>; 'Craig Bolz' <craig@myassurehealth.com>;
brett.pollan <brett.pollan@myassurehealth.com>
**Subject:** Invoice Submission: Higi Care Network - October 2023

Hi MSU Team,

I attach an invoice from Higi Care Network related to the provision of remote patient monitoring services for October 2023.

Please can you further provide an update of the payment of invoices 1008 and 1009 which are overdue for payment.

Kind regards,
Brian



Brian Nichol
SVP, Finance & Strategy

(4473) 066-10830      brian.nichol@myassurehealth.com
(561) 287-6648        www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Subject**: RE: Invoice Submission: Higi Care Network - October 2023
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: 'HCI Payables' <HT.HCI.Payables@msu.edu>,'''Ross, Karen''' <mart1368@msu.edu>
**Cc**: '''Ross, Karen''' <rosskar@msu.edu>, 'Craig Bolz' <craig@myassurehealth.com>, '''brett.pollan'''
<brett.pollan@myassurehealth.com>, 'Jeffrey Nadel' <jeff@myassurehealth.com>
**Date Sent**: Tuesday, November 14, 2023 5:08:52 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:57:40 AM GMT+00:00
**Attachments**: Higi Care Network - Inv1011.10.2023 Billing Support.pdf,Higi Care Network - Inv1006.05.2023 Billing
Support.pdf

Hi Debra,

Many thanks for the update – please see attached the requested backup documentation.

@Ceirra please can you confirm the status on the 2 overdue invoices. I appreciate the May invoice was only recently
received; however our August invoice is almost 30 days overdue, and September is due today. Please can you confirm
that these invoices have been processed for payment.

Thanks,
Brian

A S S U R E
H E A L T H

Brian Nichol
SVP, Finance & Strategy

☎ (4473) 066-10830        brian.nichol@myassurehealth.com
☎ (561) 287-6648          www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**From:** HCI Payables <HT.HCI.Payables@msu.edu>
**Sent:** Monday, November 13, 2023 2:29 PM
**To:** 'Brian Nichol' <brian.nichol@myassurehealth.com>
**Cc:** Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>; 'Craig Bolz' <craig@myassurehealth.com>;
brett.pollan <brett.pollan@myassurehealth.com>
**Subject:** RE: Invoice Submission: Higi Care Network - October 2023

Hi Brian.

Attached is remit information showing that Inv 1008 (July '23) was paid on 10/10, along with 5 other invoices.  Inv
1009 (Aug '23) is currently being reviewed by Ceirra Hoch.

Can you please send over the backup for Inv 1011 (Oct '23) and Inv 1006 (May '23).

Thank you,

**Debra Guenther**
Accounts Payable
Accounting Department
MSU Health Care
Michigan State University
West Fee Hall
909 Wilson Road, Ste. 421
East Lansing, MI 48824
Phone: (517) 353-5104
Fax: (517) 432-1021
guenth51@msu.edu
healthcare.msu.edu

 MSU Health Care

**Subject**: RE: Invoice Submission: Higi Care Network - October 2023
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: 'HCI Payables' <HT.HCI.Payables@msu.edu>,'"Hoch, Ceirra'" <mart1368@msu.edu>
**Cc**: "'Ross, Karen'" <rosskar@msu.edu>, 'Craig Bolz' <craig@myassurehealth.com>, '"brett.pollan"'
<brett.pollan@myassurehealth.com>, 'Jeffrey Nadel' <jeff@myassurehealth.com>
**Date Sent**: Wednesday, November 22, 2023 4:42:49 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:51:13 AM GMT+00:00

Hi Folks,

Wanted to bump this mail from last week. The 3 invoices are now all overdue and we'd really appreciate an update on when you plan to pay them.

Thanks,
Brian

**Brian Nichol**
SVP, Finance & Strategy

A S S U R E
H E A L T H

☎ (4473) 066-10830          brian.nichol@myassurehealth.com
☎ (561) 287-6648            www.myassurehealth.com
   4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

---

**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Tuesday, November 14, 2023 5:09 PM
**To:** 'HCI Payables' <HT.HCI.Payables@msu.edu>; 'Hoch, Ceirra' <mart1368@msu.edu>
**Cc:** 'Ross, Karen' <rosskar@msu.edu>; 'Craig Bolz' <craig@myassurehealth.com>; 'brett.pollan'
<brett.pollan@myassurehealth.com>; 'Jeffrey Nadel' <jeff@myassurehealth.com>
**Subject:** RE: Invoice Submission: Higi Care Network - October 2023

Hi Debra,

Many thanks for the update – please see attached the requested backup documentation.

@Ceirra please can you confirm the status on the 2 overdue invoices. I appreciate the May invoice was only recently received; however our August invoice is almost 30 days overdue, and September is due today. Please can you confirm that these invoices have been processed for payment.

Thanks,
Brian

**Brian Nichol**
SVP, Finance & Strategy

A S S U R E
H E A L T H

☎ (4473) 066-10830          brian.nichol@myassurehealth.com
☎ (561) 287-6648            www.myassurehealth.com
   4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

---

**From:** HCI Payables <HT.HCI.Payables@msu.edu>
**Sent:** Monday, November 13, 2023 2:29 PM
**To:** 'Brian Nichol' <brian.nichol@myassurehealth.com>
**Cc:** Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>; 'Craig Bolz' <craig@myassurehealth.com>;
brett.pollan <brett.pollan@myassurehealth.com>
**Subject:** RE: Invoice Submission: Higi Care Network - October 2023

**Subject**: RE: Invoice Submission: Higi Care Network
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: HT.HCI.Payables@msu.edu
**Cc**: "'Ross, Karen'" <rosskar@msu.edu>, "'Hoch, Ceirra'" <mart1368@msu.edu>
**Date Sent**: Monday, January 8, 2024 2:01:02 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:20:24 AM GMT+00:00
**Attachments**: Higi Care Network - Inv1013 - 12.2023.pdf,Higi Care Network - Inv1012 - 11.2023.pdf,Higi Care Network - Inv1012.11.2023 Billing Support.pdf,Higi Care Network - Inv1013.12.2023 Billing Support.pdf

Hi Debra,

Please find attached our November and December invoices.

**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**Sent**: Monday, November 13, 2023 11:19 AM
**To**: HT.HCI.Payables@msu.edu
**Cc**: 'Ross, Karen' <rosskar@msu.edu>; 'Hoch, Ceirra' <mart1368@msu.edu>; 'Craig Bolz'
<craig@myassurehealth.com>; 'brett.pollan' <brett.pollan@myassurehealth.com>
**Subject**: Invoice Submission: Higi Care Network - October 2023

Hi MSU Team,

I attach an invoice from Higi Care Network related to the provision of remote patient monitoring services for October 2023.

Please can you further provide an update of the payment of invoices 1008 and 1009 which are overdue for payment.

Kind regards,
Brian

A S S U R E
H E A L T H

Brian Nichol
SVP, Finance & Strategy

(4473) 066-10830          brian.nichol@myassurehealth.com
☎ (561) 287-6648          www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO
MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | |
|---|---|
| INVOICE | 1013 |
| DATE | 11/30/2023 |
| TERMS | Net 45 |
| DUE DATE | 01/14/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period November 2023 | 7 | 60.00 | 420.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period November 2023 | 5 | 15.60 | 78.00 |
| | Base RPM (at Base rate) | Base RPM provided for the period November 2023 | 91 | 48.60 | 4,422.60 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period November 2023 | 39 | 39.60 | 1,544.40 |
| | Devices (at Base rate) | Devices provided for the period November 2023 | 125 | 42.00 | 5,250.00 |

BALANCE DUE **$11,715.00**

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO
MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| INVOICE | 1014 |
|---|---|
| DATE | 12/31/2023 |
| TERMS | Net 45 |
| DUE DATE | 02/14/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period December 2023 | 3 | 60.00 | 180.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period December 2023 | 4 | 15.60 | 62.40 |
| | Base RPM (at Base rate) | Base RPM provided for the period December 2023 | 121 | 48.60 | 5,880.60 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period December 2023 | 52 | 39.60 | 2,059.20 |
| | Devices (at Base rate) | Devices provided for the period December 2023 | 130 | 42.00 | 5,460.00 |

BALANCE DUE **$13,642.20**

Pay invoice

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Subject**: RE: Invoice Submission: Higi Care Network
**From**: HCI Payables <HT.HCI.Payables@msu.edu>
**To**: 'Brian Nichol' <brian.nichol@myassurehealth.com>
**Cc**: "Ross, Karen" <rosskar@msu.edu>, "Hoch, Ceirra" <mart1368@msu.edu>
**Date Sent**: Wednesday, January 10, 2024 4:31:51 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:17:15 AM GMT+00:00

Received, thanks Brian

## Debra Guenther

Accounts Payable
Accounting Department
MSU Health Care
Michigan State University
West Fee Hall
909 Wilson Road, Ste. 421
East Lansing, MI 48824
Phone: (517) 353-5104
Fax: (517) 432-1021
guenth51@msu.edu
healthcare.msu.edu



Connect with us:



**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Monday, January 8, 2024 9:01 AM
**To:** HCI Payables <HT.HCI.Payables@msu.edu>
**Cc:** Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>
**Subject:** RE: Invoice Submission: Higi Care Network

Hi Debra,

Please find attached our November and December invoices.

**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Monday, November 13, 2023 11:19 AM
**To:** HT.HCI.Payables@msu.edu
**Cc:** 'Ross, Karen' <rosskar@msu.edu>; 'Hoch, Ceirra' <mart1368@msu.edu>; 'Craig Bolz' <craig@myassurehealth.com>; 'brett.pollan' <brett.pollan@myassurehealth.com>
**Subject:** Invoice Submission: Higi Care Network - October 2023

Hi MSU Team,

I attach an invoice from Higi Care Network related to the provision of remote patient monitoring services for October 2023.

Please can you further provide an update of the payment of invoices 1008 and 1009 which are overdue for payment.

Kind regards,
Brian

**Subject**: Invoice Submission: Higi Care Network
**From**: Brian Nichol <brian.nichol@myassurehealth.com>
**To**: HT.HCI.Payables@msu.edu
**Cc**: "'Ross, Karen'" <rosskar@msu.edu>, "'Hoch, Ceirra'" <mart1368@msu.edu>
**Date Sent**: Tuesday, February 6, 2024 2:19:38 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:01:45 AM GMT+00:00
**Attachments**: Higi Care Network - Inv1015.01.2024 Billing Support.pdf,Higi Care Network - Inv1015 - 01.2024.pdf

Hi Debra,

Please find attached our January invoice. Please can you advise on payment.

Thanks,
Brian

---

**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Monday, November 13, 2023 11:19 AM
**To:** HT.HCI.Payables@msu.edu
**Cc:** 'Ross, Karen' <rosskar@msu.edu>; 'Hoch, Ceirra' <mart1368@msu.edu>; 'Craig Bolz' <craig@myassurehealth.com>; 'brett.pollan' <brett.pollan@myassurehealth.com>
**Subject:** Invoice Submission: Higi Care Network - October 2023

Hi MSU Team,

I attach an invoice from Higi Care Network related to the provision of remote patient monitoring services for October 2023.

Please can you further provide an update of the payment of invoices 1008 and 1009 which are overdue for payment.

Kind regards,
Brian

ASSURE
HEALTH

Brian Nichol
SVP, Finance & Strategy

☎ (4473) 066-10830          brian.nichol@myassurehealth.com
☎ (561) 287-6648            www.myassurehealth.com
4500 North State Road 7, Suite 102 Lauderdale Lakes, FL 33319

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO
MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | | |
|---|---|---|
| INVOICE | 1015 | |
| DATE | 01/31/2024 | |
| TERMS | Net 45 | |
| DUE DATE | 03/16/2024 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period January 2024 | 6 | 60.00 | 360.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period January 2024 | 5 | 15.60 | 78.00 |
| | Base RPM (at Base rate) | Base RPM provided for the period January 2024 | 95 | 48.60 | 4,617.00 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period January 2024 | 100 | 39.60 | 3,960.00 |
| | Devices (at Base rate) | Devices provided for the period January 2024 | 129 | 42.00 | 5,418.00 |

BALANCE DUE **$14,433.00**

Pay invoice

Domestic Wire / ACH
Instructions Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111 Account
Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Subject**: RE: Invoice Submission: Higi Care Network
**From**: HCI Payables <HT.HCI.Payables@msu.edu>
**To**: 'Brian Nichol' <brian.nichol@myassurehealth.com>
**Cc**: "Ross, Karen" <rosskar@msu.edu>, "Hoch, Ceirra" <mart1368@msu.edu>
**Date Sent**: Wednesday, February 7, 2024 6:11:09 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 4:00:38 AM GMT+00:00

Invoice received, thanks Brian

## Debra Guenther

Accounts Payable
Accounting Department
MSU Health Care
Michigan State University
West Fee Hall
909 Wilson Road, Ste. 421
East Lansing, MI 48824
Phone: (517) 353-5104
Fax: (517) 432-1021
guenth51@msu.edu
healthcare.msu.edu



Connect with us:



**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Tuesday, February 6, 2024 9:20 AM
**To:** HCI Payables <HT.HCI.Payables@msu.edu>
**Cc:** Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>
**Subject:** Invoice Submission: Higi Care Network

Hi Debra,

Please find attached our January invoice. Please can you advise on payment.

Thanks,
Brian

**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Monday, November 13, 2023 11:19 AM
**To:** HT.HCI.Payables@msu.edu
**Cc:** 'Ross, Karen' <rosskar@msu.edu>; 'Hoch, Ceirra' <mart1368@msu.edu>; 'Craig Bolz'
<craig@myassurehealth.com>; 'brett.pollan' <brett.pollan@myassurehealth.com>
**Subject:** Invoice Submission: Higi Care Network - October 2023

Hi MSU Team,

I attach an invoice from Higi Care Network related to the provision of remote patient monitoring services for October 2023.

Please can you further provide an update of the payment of invoices 1008 and 1009 which are overdue for payment.

Kind regards,
Brian

**Subject**: RE: Invoice Submission: Higi Care Network
**From**: "Ross, Karen" <rosskar@msu.edu>
**To**: 'Brian Nichol' <brian.nichol@myassurehealth.com>,HCI Payables <HT.HCI.Payables@msu.edu>
**Cc**: "Hoch, Ceirra" <mart1368@msu.edu>, 'Jonathan Ho' <Jonathan.Ho@trycircadian.com>
**Date Sent**: Friday, March 8, 2024 5:26:30 PM GMT+00:00
**Date Received**: Thursday, March 21, 2024 3:46:47 AM GMT+00:00

Brian,

We will not be paying this invoice until after you and I meet to discuss the denials that we have incurred.

**Karen L. Ross, CPA, CGMA, FHFMA**
Director of Finance
MSU Health Care
Phone: (517) 353-8887

 MSU Health Care


Change is inevitable, misery is optional


**From:** Brian Nichol <brian.nichol@myassurehealth.com>
**Sent:** Friday, March 8, 2024 11:30 AM
**To:** HCI Payables <HT.HCI.Payables@msu.edu>
**Cc:** Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>; 'Jonathan Ho' <Jonathan.Ho@trycircadian.com>
**Subject:** RE: Invoice Submission: Higi Care Network

Hi Debra,

Please find attached our February invoice.

Thanks,
Brian

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO

MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | | |
|---|---|---|
| INVOICE | | 1016 |
| DATE | | 02/29/2024 |
| TERMS | | Net 45 |
| DUE DATE | | 04/14/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period February 2024 | 2 | 60.00 | 120.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period February 2024 | 1 | 15.60 | 15.60 |
| | Base RPM (at Base rate) | Base RPM provided for the period February 2024 | 90 | 48.60 | 4,374.00 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period February 2024 | 61 | 39.60 | 2,415.60 |
| | Devices (at Base rate) | Devices provided for the period February 2024 | 127 | 42.00 | 5,334.00 |

BALANCE DUE **$12,259.20**

Pay invoice

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Subject**: RE: Invoice Submission: Higi Care Network
**From**: HCI Payables <HT.HCI.Payables@msu.edu>
**To**: 'Brian Nichol' <brian.nichol@circadiancare.com>,Brian Nichol <brian.nichol@myassurehealth.com>
**Cc**: "Ross, Karen" <rosskar@msu.edu>, "Hoch, Ceirra" <mart1368@msu.edu>, Jonathan Ho
<jonathan.ho@circadiancare.com>
**Date Sent**: Friday, May 17, 2024 3:25:23 PM GMT+01:00
**Date Received**: Friday, May 17, 2024 3:25:30 PM GMT+01:00

Received, thanks Brian

**Debra Guenther**
Accounts Payable
Accounting Department
MSU Health Care
Michigan State University
West Fee Hall
909 Wilson Road, Ste. 421
East Lansing, MI 48824
Phone: (517) 353-5104

**From**: Brian Nichol <brian.nichol@circadiancare.com>
**Sent**: Thursday, May 16, 2024 6:48 PM
**To**: Brian Nichol <brian.nichol@myassurehealth.com>
**Cc**: HCI Payables <HT.HCI.Payables@msu.edu>; Ross, Karen <rosskar@msu.edu>; Hoch, Ceirra <mart1368@msu.edu>;
Jonathan Ho <jonathan.ho@circadiancare.com>
**Subject**: Re: Invoice Submission: Higi Care Network

Hi Debra,

Please find attached our March and April invoices.

Thanks,
Brian

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Circadian and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this email and any attachments.

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO

MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | | |
|---|---|---|
| INVOICE | | 1017 |
| DATE | | 04/01/2024 |
| TERMS | | Net 45 |
| DUE DATE | | 05/16/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period March 2024 | 8 | 60.00 | 480.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period March 2024 | 1 | 15.60 | 15.60 |
| | Base RPM (at Base rate) | Base RPM provided for the period March 2024 | 90 | 48.60 | 4,374.00 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period March 2024 | 87 | 39.60 | 3,445.20 |
| | Devices (at Base rate) | Devices provided for the period March 2024 | 127 | 42.00 | 5,334.00 |

BALANCE DUE                    **$13,648.80**

Pay invoice

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1

**Higi Care Network (DE), P.A.**

4500 N State Road 7 Fl 2
Lauderdale Lakes, FL  33319 US
brian.nichol@myassurehealth.com
www.myassurehealth.com



## INVOICE

BILL TO

MSU Health Care, Inc.
3610 Forest Road, Suite C
Lansing, Michigan  48910
United States

| | | |
|---|---|---|
| INVOICE | 1018 |
| DATE | 04/30/2024 |
| TERMS | Net 45 |
| DUE DATE | 06/14/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Initial Assessment (at Base rate) | Initial Assessments provided for the period April 2024 | 0 | 60.00 | 0.00 |
| | Device Set-up (at Base rate) | Device Set-up provided for the period April 2024 | 0 | 15.60 | 0.00 |
| | Base RPM (at Base rate) | Base RPM provided for the period April 2024 | 76 | 48.60 | 3,693.60 |
| | Enhanced RPM (at Base rate) | Enhanced RPM provided for the period April 2024 | 43 | 39.60 | 1,702.80 |
| | Devices (at Base rate) | Devices provided for the period April 2024 | 123 | 42.00 | 5,166.00 |

BALANCE DUE **$10,562.40**

Pay invoice

Domestic Wire / ACH Instructions
Wire / Credit Funds to:
First Republic Bank
111 Pine Street
San Francisco, CA 94111
Account Number:
ABA / Routing Number: 321081669
SWIFT Code: FRBBUS6S
Page 1 of 1